AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
JUL 1 5 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

United States of America )
v. )
) Case No. 2:22-mj- 157
)
)
RONALD DEVON MATTHEWS )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 7, 2021__ in the county of __Isle of Wight__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) and 924(a)(2) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Darryl J. Mitchell, Assistant U.S. Attorney

*Complainant's signature*
ATF Special Agent John P. Hunt
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 15, 2022

*Judge's signature*
Lawrence R. Leonard
United States Magistrate Judge
*Printed name and title*

City and state:  Norfolk, Virginia