FILED
JUL 1 5 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

### Affidavit in Support of Arrest Warrant and Criminal Complaint

I, John P. Hunt, being duly sworn, depose and state as follows:

### Introduction

1. Your affiant is a Special Agent for the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has served in that capacity since August 30, 2020. Your affiant is a graduate of both the Criminal Investigator Training Program and the ATF National Academy. At the ATF National Academy, your affiant received special training in firearms, arson, explosives, and narcotics-related crimes. Your affiant is currently assigned to the Norfolk Field Office and is charged with investigating violations of federal firearms, explosives, and arson laws. Your affiant is currently working an investigation involving the possession of firearms in violation of federal law. During this investigation, it has been determined that Ronald Devon MATTHEWS is a convicted felon who has possessed multiple firearms in violation of federal law.

2. Your affiant makes this affidavit in support of an application for an arrest warrant for Ronald Devon MATTHEWS.

3. Your Affiant is only submitting those facts which he believes are necessary to establish probable cause in this matter. This affidavit should not be construed as a complete statement of all the information generated from the investigation. I have become aware of the facts and circumstances described below through my personal observation, reports completed by the Isle of Wight Sherriff's Office, and information provided by other law enforcement officers.

### FACTS SUPPORTING PROBABLE CAUSE

4. Section 922(g)(1) of Title 18 of the United States Code provides, in part, that, "It shall be unlawful for any person . . . who has been convicted in any court of a crime punishable by

imprisonment for a term exceeding one year . . . to . . . possess in or affecting commerce, any firearm or ammunition."

5. On or about June 27, 2018, the defendant, Ronald Devon MATTHEWS, was sentenced in the Court of Common Pleas of Philadelphia County, Pennsylvania Criminal Division for the following offense: Firearms not to be carried without a license, in violation of Title 18 § 6106(a)(1), a third-degree felony violation of the Consolidated Statutes of Pennsylvania.

6. In November 2021, investigators with the Isle of Wight County Sheriff's Office began an investigation of the defendant, Ronald Devon MATTHEWS (hereinafter "MATTHEWS"), for receiving stolen goods, that is, one 2019 Ford F350 pickup truck and one 2020 Land Rover Evoque SUV, in violation of VA Code § 18.2-108. On December 1, 2021, Sergeant K. Coughlin of the Isle of Wight Sheriff's Office obtained a search warrant for MATTHEWS' residence and property on Holly Run Drive in Carrsville, Isle of Wight County, Virginia, to search for the two vehicles and any documents related to the purchase of the vehicles, as well as computers, cell phones, electronic storage devices and digital media for any information relating to the altering of the VIN numbers and titles. Isle of Wight County is in the Eastern District of Virginia.

7. On December 7, 2021, Sgt. Coughlin executed the search warrant at MATTHEWS' residence with the assistance of the Virginia State Police. MATTHEWS was located inside the residence and detained. MATTHEWS was advised of his *Miranda* rights. During the search of MATTHEWS' residence, investigators observed various suspected controlled substances, including suspected MDMA, marijuana, and THC vape cartridges, as well as narcotics paraphernalia. Further, a firearm, that is, one Radikal Arms Model NK1 12-gauge semi-automatic shotgun, along with ammunition and two magazines, was discovered under a sofa in the den of MATTHEWS' residence. The Radikal Arms shotgun was manufactured in Turkey.

Additional ammunition was discovered during a search of the 2019 Ford. Based on the discovery of the suspected narcotics, paraphernalia, firearm and ammunition, investigators obtained a second search warrant authorizing a search of MATTHEWS' residence, vehicles, and outbuildings for electronic devices, firearms. ammunition, narcotics, packaging material and scales.

8. Continuing their search of MATTHEWS' residence on December 7, 2021, investigators discovered a locked gun safe in MATTHEWS' bedroom. MATTHEWS claimed that the gun safe belonged to his cousin and that he did not have the combination. Subsequently, the gun safe had to be cut open by the Carrsville Fire Department. Inside the gun safe, investigators discovered two firearms, one Springfield Armory XD 9mm semi-automatic pistol and one Canik TP9SA 9mm semi-automatic pistol, along with firearm magazines, ammunition, a bulletproof vest, a firearm holster, and a wedding ring belonging to MATTHEWS' wife. The Springfield Armory pistol was manufactured in Croatia and the Canik pistol was manufactured in Turkey.

9. Following this incident, MATTHEWS was booked into the Western Tidewater Regional Jail on eight felony warrants. MATTHEWS' phone calls from the jail were subsequently monitored by the investigators. During a phone call MATTHEWS conducted with J.P., MATTHEWS directed J.P. to empty his storage unit and retrieve three specific items, which MATTHEWS described as follows: a black and orange bag, a black and grey bag, and beach towels. MATTHEWS provided J.P. with the number to his storage unit, the gate code, and a description of the unit's lock key.

10. On December 8, 2021, Sgt. Coughlin obtained a search warrant for MATTHEWS' storage unit, F100, at AAAA Self Storage at 1440 Armory Drive in Franklin, Virginia. On that same date, the investigators executed the search warrant for MATTHEWS' storage unit. While

the investigators were on scene, J.P. arrived at the facility and was taken into custody on an outstanding warrant.

11.     During the search of MATTHEWS' unit, the investigators located a black and orange colored bag, a black and grey colored bag, and beach towels. Inside the black and orange bag, the investigators discovered two handguns and approximately 2,000 rounds of ammunition. Inside the black and grey bag, the investigators discovered approximately 5.2 pounds of marijuana, a 9mm pistol and a digital scale bearing crystalline residue. The investigators determined the beach towels were wrapped around several items, including five rifles and one shotgun. Two of the rifles, one CD Defense CDD-15, 5.56mm semi-automatic rifle and one Plumcrazy Gen II multi-caliber semi-automatic rifle, were affixed with devices subsequently determined to be "firearm silencers" or "firearm mufflers," as defined at 18 U.S.C. § 921(a)(24), by the ATF Firearms Technology Branch. Neither of these devices was registered to MATTHEWS in the National Firearms Registration and Transfer Record, as required by 26 U.S.C. § 5861(d). The crystalline reside on the digital scale field tested positive for methamphetamine. The CD Defense rifle was manufactured in Connecticut. The Plumcrazy rifle was manufactured in Arizona.

## CONCLUSION

12. Based on the forgoing, your affiant respectfully submits that there is probable cause to believe that a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) has been committed by Ronald Devon MATTHEWS and requests the Court issue an arrest warrant for MATTHEWS.

_____
John P. Hunt, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and subscribed to before me
On this 15th day of July 2022

_____
United States Magistrate Judge
Norfolk, Virginia